**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **KENNETH WAYNE HUGHES** | ) | **CHAPTER 13 BANKRUPTCY** |
| | ) | **CASE NO. 14-51620** |
| **Debtor** | ) | |
| | ) | |

**AGREED ORDER**

This matter comes before the Court on the Motion of the Secured Creditor, Springleaf Funding Trust 2013-A f/k/a Springleaf Financial Services of America, Inc. (hereinafter "Springleaf"), by Counsel, for relief from the automatic stay [Document 26], it appearing that the parties have resolved the Motion, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED as follows:

1. The Debtor shall remit to Springleaf the post-petition arrearage due to Springleaf through May 2015 in the sum of $1,663.00, plus its attorney's fees of $525.00 and court costs of $176.00 incurred in filing the subject Motion, by making six (6) equal monthly payments of $394.00 to Springleaf at P. O. Box 3251, Evansville, Indiana, 47731, beginning on May 25, 2015 and continuing on the 25th day of each month thereafter for June, July, August, September and October 2015 until the arrearage, attorney's fees and court costs are fully paid.

2. In addition to making the aforesaid monthly payments, the Debtor shall also timely make the regular monthly payments of $182.00 that are due under the contract between the parties and the Debtor's Plan and Order of Confirmation beginning with the June 2015 payment.

3. The Debtor shall maintain full coverage insurance on Springleaf's collateral until the balance due to Springleaf on its Claim is fully paid, which policy of insurance shall provide that Springleaf is the loss payee under the policy and the Debtor shall provide proof of said insurance coverage to Springleaf at the address recited in numerical paragraph 1 of this Agreed Order.

4. In the event that the Debtor fails to make the requisite payments that are due under this Agreed Order or fails to maintain full coverage insurance as herein recited, then the stay as to Springleaf shall terminate forthwith without further Order of this Court

Have Seen and Agreed:

/s/ William J. Clarke
Attorney for the Secured Creditor
7982 New LaGrange Road
Suite One
Louisville, Kentucky 40222
Phone: (502) 327-6787

/s/ J. D. Kermode
Attorney for the Debtor
1608 Harrodsburg Road
Lexington, Kentucky 40504
Phone: (859) 225-5275

Pursuant to Local Rule 9022-1(c), J. D. Kermode shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the order upon such parties within seven (7) days hereof.

Service List:

Kenneth Wayne Hughes
3300 Dorchester Place
Lexington, KY 40503

William J. Clarke
7982 New LaGrange Road
Suite One
Louisville, KY 40222
Attorney for Springleaf

Beverly M. Burden
P. O. Box 2204
Lexington, KY 40588
Chapter 13 Trustee

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Gregory R. Schaaf***
**Bankruptcy Judge**
**Dated: Thursday, May 21, 2015**
**(grs)**